**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-1010**

─────────────

ABEBE RUMICHO BUYO,

                                        Petitioner,

        versus

JOHN ASHCROFT, Attorney General,

                                        Respondent.

─────────────

On Petition for Review of an Order of the Board of Immigration Appeals. (A75-367-417)

─────────────

Submitted: July 8, 2003              Decided: August 5, 2003

─────────────

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Civil Division, Linda S. Wendtland, Assistant Director, John C. Cunningham, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Abebe Rumicho Buyo, a native and citizen of Ethiopia, seeks review of a decision of the Board of Immigration Appeals ("Board") denying his motion to reopen. We review the denial of a motion to reopen for abuse of discretion. 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992); Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999). A denial of a motion to reopen must be reviewed with extreme deference, since immigration statutes do not contemplate reopening and the applicable regulations disfavor motions to reopen. M.A. v. INS, 899 F.2d 304, 308 (4th Cir. 1990) (en banc). We have reviewed the administrative record and the Board's order and find no abuse of discretion.

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2